IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19CV332-RJC-DSC

| | |
|---|---|
| SAMANTHA HANNAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOP SHELF EWNTERNTAINMENT LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motions for Admission *Pro Hac Vice* and Affidavits [for Casey T. Wallace and Benjamin W. Allen]" (documents ##6-7) filed August 29, 2019. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: September 3, 2019

David S. Cayer
United States Magistrate Judge