UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-332-RJC-DSC

| | |
|---|---|
| SAMANTHA HANNAH, on behalf of herself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) TOP SHELF ENTERTAINMENT, LLC, d/b/a ) Club Onyx Charlotte, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion for Notice to Potential Plaintiffs and for Conditional Certification. (Docs. Nos. 16, 17.)

Plaintiff Samantha Hannah filed a Complaint on July 15, 2019 against Defendant Top Shelf Entertainment LLC alleging violations of the Federal Fair Labor Standards Act and the North Carolina Wage and Hour Act. (Doc. No. 1.) On October 28, 2019, Melissa Cunningham and Antoinette Johnson opted in to join the lawsuit as Plaintiffs. (Docs. Nos. 14, 15.) Two days later Plaintiff Samantha Hannah, on behalf of herself and others similarly situated, filed this Motion for Notice to Potential Plaintiffs and for Conditional Certification. (Doc. No. 16.) Since that time Plaintiffs Samantha Hannah and Antoinette Johnson filed a Stipulation of Dismissal with prejudice, leaving Melissa Cunningham as the only remaining Plaintiff in the case. (Doc. No. 25.) The motion before the Court is therefore moot, as the sole person by whom it was filed is no longer a party to this case. It does not appear that the remaining Plaintiff has filed any motions since the other Plaintiffs filed their Stipulation of Dismissal, prompting this Court to schedule a hearing with the parties to inquire as to the case status.

1

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Notice to Potential Plaintiffs and for Conditional Certification, (Doc. No. 16), is **DENIED** as moot; and

2. A status conference is scheduled for **April 20, 2021 at 2:00 p.m.** at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202.

**SO ORDERED.**

Signed: March 10, 2021

Robert J. Conrad, Jr.
United States District Judge